296 U.S. 613
 56 S.Ct. 133
 80 L.Ed. 435
 Arthur O'TOOLE, petitioner,
v.
STATE OF NEW JERSEY.*
 No. 329.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. Arthur O'Toole, of New York City, for petitioner.
 
 
 1
 For opinion below, see 115 N. J. Law, 205, 178 A. 780.
 
 
 2
 Petition for writ of certiorari to the Court of Errors and Appeals for the State of New Jersey denied.
 
 
 
 *
 Rehearing denied 296 U. S. 662, 56 S. Ct. 168, 80 L. Ed. 472.